*E-Filed 12/21/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN L. TREADWAY, | No. C 12-4039 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CHERYL MALO-CLINES, et al., | |
| Defendants. | |

The complaint was dismissed with leave to file an amended complaint within 30 days. More than 30 days have passed, and plaintiff has not filed an amended complaint. Accordingly, the action is DISMISSED without prejudice. Plaintiff's motion to extend time (Docket No. 8) is DENIED. Any motion to reopen this action **must** contain an amended complaint addressing the deficiencies detailed in the Court's previous order. The Clerk shall terminate Docket No. 8, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: December 21, 2012

RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California